# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

(Full name of plaintiff(s))

Melissa Harris
2618 N 22nd Street
Milwaukee, WI 53206

v.

Case Number: **19-C-0441**

(Full name of defendant(s))

(to be supplied by Clerk of Court)

City of Milwaukee 200 E. Wells Street Milwaukee, WI 53202
City of Milwaukee Chief of Police of Alfonso Morales and
Detective Kimberly Anderson City of Milwaukee Police Dept.
749 West State Street Milwaukee, WI 53233

---

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __2618 N 22nd Street Milwaukee, WI 53206__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __City of Milwaukee / Alfonso Morales / Kimberly Anderson__
   (Name)

   is (if a person or private corporation) a citizen of __Wisconsin__

and (if a person) resides at 200 E Wells Street Milwaukee, WI 53202 (State, if known)
749 West State Street Milwaukee, WI 53233 (Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for Milwaukee Police Dept; Detective Kimberly Anderson, Alfonso Morales
749 West State St Milwaukee, WI 53233 (Employer's name and address, if known)
200 E Wells St. Milwaukee, WI 53202
(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On April 18, 2018 I melissa Harris was wrongfully arrested by City of Milwaukee chief of police Alfonso Morales and Detective Kimberly Anderson. I was located in my property I own and reside at (2618 n 22nd St. Milwaukee WI 53206). I was arrested wrongfully and I was not charged or processed because I am Innocent. They arrested me with false allegations stating I smoked weed with students at the school I worked at which was Carver Street Academy, they the police also stated I asked them to have sex with my son dad, and all these allegations against me

Complaint - 2

was false and they arrested me without a warrent. I even invited the cop and detetive into my home. I never agreed to leave with them and I asked Kimberly Anderson if she had a warrent for me. She stated they had a "body want" which was not familiar to me, and it still wasn't a warrant. I was wrongfully arrested and booked into the county jail for 5-6 days and taken away from my children. I feel so depressed from this whole situation and the justice system has failed me for the second time. I was released from jail April 23 2018. This is a petition of indigency. I was wrongfully arrested without a warrent and was lied to by Kimberly Anderson a Detetive. and Police Chief offer Alfonso Morales. I was not convicted nor was my case processed. Please help me your honor, my life have been turned upside down, Just because I was a mandated reporter!!!

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like Officers and definetly detetives to have warrents to arrest me, and also for Kimberly Jones not to lie to citizens and make up her own words of law, even when good citizens ~~coorep~~ coorparate, according to law. The only one followed the law was me in this situation. I feel she shouldn't be working for the detetive unit because she is corrupt law enforcement and need new training skills in ethics. I am asking to be awarded $300,000 plus any attorney fees if I find a lawyer.

E.  JURY DEMAND

   I want a jury to hear my case.

   ☑ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___27___ day of __March__ 20_19_.

Respectfully Submitted,

_Melissa Harris_
Signature of Plaintiff

_262-327-9362_
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

_2618 n 22nd Street Milwaukee,_
_WI 53206_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.