UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MELISSA HARRIS,

    Plaintiff,

v.                                                               Case No. 19-cv-441-pp

CITY OF MILWAUKEE,
CHIEF ALFONSO MORALES, and
DETECTIVE KIMBERLY ANDERSON,

    Defendants.

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING PLAINTIFF EXTENSION TO SERVE DEFENDANT KIMBERLY ANDERSON**

On July 3, 2019, this court issued an order requiring the plaintiff to show cause why she had not properly served defendant Kimberly Anderson within ninety days of the date she filed her complaint. Dkt. No. 9. Two weeks later, the plaintiff timely filed an affidavit, explaining the attempts she had made at serving Detective Anderson. Dkt. No. 10. She explained that she had tried to serve Anderson at the Milwaukee Police Department, but that there, her process server had been told to attempt service at Sojourner Family Peace Center. Dkt. No. 10 at 1. After the process server attempted service at the Sojourner Family Peace Center and failed, the plaintiff tried to serve the plaintiff at both the Milwaukee Police Department's Performance Division and the Police Administration Building. Id. at 2. She left copies of the summons and complaint at both locations. She also has attempted service by publication

1

and via certified mail. Id. She asks to either allow service by publication or allow additional time for service.

Rule 4(m) of the Federal Rules of Civil Procedure allows the court to extend the time for service for an "appropriate period" if the plaintiff shows "good cause" to do so. Given the efforts the plaintiff described in her affidavit, the court finds that the plaintiff has shown good cause for the court to extend her time to serve Anderson. The court finds that the plaintiff has discharged the order to show cause, and it will give the plaintiff additional time to serve Anderson.

The court **ORDERS** that the order to show cause is **DISCHARGED**.

The court **ORDERS** that the plaintiff's deadline for serving the summons and complaint on Anderson is **EXTENDED** until **Friday, September 13, 2019**.

Dated in Milwaukee, Wisconsin this 29th day of July, 2019.

                                    **BY THE COURT:**

                                    **HON. PAMELA PEPPER**
                                    **United States District Judge**